IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SHERRY MARIE SIMMERMON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-00638-CV-W-DPR-SSA |
| ) | |
| ANDREW SAUL, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant's Motion to Reverse and Remand. (Doc. 12.) Defendant moves the Court to reverse the decision of the Administrative Law Judge ("ALJ") and remand this case for further consideration. Specifically, Defendant states that remand is necessary to determine whether Plaintiff filed an application for supplemental security income under Title XVI of the Social Security Act, because the current record is incomplete and the determination may impact the period under review. Plaintiff has advised the Court that she does not object to the Motion.

Upon review, the Motion to Reverse and Remand is **GRANTED**. The Clerk's Office is directed to enter a final judgment reversing the decision of the Administrative Law Judge and remanding this case to Defendant pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: February 11, 2021